```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 07-60374-CV-COHN/Snow
```

SOUTH FLORIDA CHAPTER OF THE
ASSOCIATED GENERAL CONTRACTORS,
et al.,

       Plaintiffs,

v.

BROWARD COUNTY, FLORIDA, et al.,

       Defendants.
_____/

### O R D E R

THIS CAUSE is before the Court on counsel Herbert Schlanger's Motion for Admission *Pro Hac Vice* (DE 4). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Herbert Schlanger, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiffs in this cause; Cathy Stutin, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of April, 2007.

                                              LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Cathy Stutin, Esq. (Ps and Local Counsel for Schlanger)
Herbert Schlanger, Esq. (Ps)
Benjamin Salzillo, Esq. (Ds)