UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60374-CIV-COHN/SELTZER

SOUTH FLORIDA CHAPTER OF
THE ASSOCIATED GENERAL
CONTRACTORS, et al.,

      Plaintiffs,

v.

BROWARD COUNTY, FLORIDA, et al.,

      Defendants.
_____/

## ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Preliminary Injunction, currently set for hearing on February 1, 2008.  Upon a consideration of the motion, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Fed. R. Civ. P. 65(a)(2), the hearing on the merits of Plaintiffs' Motion for Preliminary Injunction shall be consolidated with the trial on the merits, which will be moved up to **April 21, 2008**. Calendar Call is **RESET** to **Thursday, April 17, 2008 at 9 a.m.**  It is further

**ORDERED AND ADJUDGED** that the Court will hear oral argument regarding the threshold legal issue raised in the Motion and Response, namely whether or not the Western States decision from the Ninth Circuit should govern this Court's consideration of the merits of Plaintiffs' claim, at **9 a.m. on Friday, February 1, 2008**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 24th day of January, 2008.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record